RICHARD J. TAPLINGER, Appellant, v. KATE E. TAPLINGER, Respondent.

Concur — Eager, J. P.,
Tilzer, Rabin, McNally and Witmer, JJ.

ANNE H. SCAPOLITO, Respondent-Appellant, v. GEORGE W. SCAPOLITO, Appellant-Respondent.

Concur — Stevens, J. P., Capozzoli, Tilzer and Witmer, JJ.

STANDARD KOLLSMAN INDUSTRIES, INC., Plaintiff, and KOLLSMAN INSTRUMENT CORPORATION, Appellant, v. SPHERE BROKERAGE, INC., et al., Respondents.

Concur —
Steuer, J. P., Capozzoli, McNally, McGivern and Witmer, JJ.